IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UYEN HERNANDEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:16-cv-01029-XR |
| § | |
| ALLSTATE VEHICLE AND PROPERTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Uyen Hernandez and Defendant Allstate Vehicle and Property Insurance Company hereby dismiss all claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted:

*/s/ Derek L. Fadner* (with permission)
James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Derek L. Fadner
State Bar No. 24100081

**MCCLENNY MOSELEY & ASSOCIATES, PLLC**
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
James@mma-pllc.com
Zach@mma-pllc.com
Derek@mma-pllc.com

**ATTORNEYS FOR PLAINTIFF**

        */s/ Eric K. Bowers*
Roger D. Higgins
State Bar No. 9601500
Eric K. Bowers
State Bar No. 24045538
Thompson, Coe, Cousins & Irons, LLP
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas  75201-2832
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
rhiggins@thompsoncoe.com
ebowers@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on the 28th day of July, 2017.

        */s/ Derek L. Fadner* (with permission)
Derek Fadner