IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

JUL 3 1 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

| | |
|---|---|
| UYEN HERNANDEZ, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 5:16-cv-01029-XR |
| | § |
| ALLSTATE VEHICLE AND PROPERTY | § |
| INSURANCE COMPANY, | § |
| | § |
| Defendant. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the court considered the parties' Agreed Stipulation of Dismissal With Prejudice and Proposed Order of Dismissal with Prejudice. It appearing to this Court that all matters in controversy between Plaintiff and Defendant have been fully and finally settled, the court is of the opinion that the proposed Order should be executed.

It is therefore ORDERED that this cause be and hereby is DISMISSED WITH PREJUDICE to the refiling of same.

It is further ORDERED that all costs of court are taxed against the parties incurring same.

SIGNED this 29th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE